

**08 CRIM 551**

P2297/PAM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

## MEMORANDUM

**TO:** Jim Molinelli, Miscellaneous Clerk

**FROM:** Peter A. Merrigan, Supervising United States Probation Officer

**RE:** Juan Francisco Rosario

**DATE:** June 12, 2008

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On February 23, 2006 the above-named individual was sentenced in the District of Massachusetts outlined in the attached J & C.

In April 17, 2008, we received the Prob. 22's endorsed by the Honorable William G. Young, U.S. District Court Judge, ordering Mr. Rosario's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5129.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *[signature]*
Peter A Merrigan
Supervising U.S. Probation Officer